IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. WISEMAN, | No. C 18-3867 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CHEVRON LUB OIL; MIKE LONG; JAMES MASON, | |
| Defendants. | |

This is a civil rights action filed under 42 U.S.C. § 1983. On November 23, 2018, an order of reassignment that had been mailed to plaintiff at the address he last provided to the court was returned by the postal service as undeliverable because plaintiff was not located there. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b). He may re-file his complaint in a new case, provided he keeps the court informed of his correct address in accordance with the local rules.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: November   28   , 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE